IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DORIS NOHEMI GARCIA HERNANDEZ,  )
                                                    )
       Plaintiff,                    )
                                                    )
      v.                              )      Case No.: 1:14-cv-00297-BAH
                                                    )
CHIPOTLE MEXICAN GRILL, INC.,      )
                                                    )
       Defendant.                 )
_____ )

## JOINT STATUS REPORT

As directed by the Court in its February 5, 2016 Order, the Parties respectfully submit the following proposed trial dates and related dates for pretrial conference

| Trial Date | Pretrial Conference |
| --- | --- |
| August 1, 2016 | July 11, 2016 |
| August 15, 2016 | July 18, 2016 |
| August 22, 2016 | July 25, 2016 |

With respect to the possibility of mediation, the Plaintiff would consent for this Court to refer this case to the United States District Mediation Program. Defendant does not believe that mediation will prove fruitful at this time. Accordingly, the parties do not request referral to the United States District Mediation Program.

## LOCAL RULE 7 (M) CERTIFICATION

The Parties have met and conferred regarding this report and are jointly submitting it.

Dated: February 16, 2016             Respectfully submitted,

<div style="margin-left:50%">

/s/ Dennis A. Corkery
Matthew K. Handley (D.C. Bar No. 489946)
Dennis A. Corkery (D.C. Bar No. 1016991)
Christine Tschiderer (D.C. Bar No. 979762)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
202.319.1000

Peter T. Grossi (D.C. Bar No. 201517)
Jose Antonio Rivas (D.C. Bar No. 990539)
Rosemary Szanyi (D.C. Bar No. 997859)
Andrew Treaster (D.C. Bar No. 988623)
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
202.942.5670
202.942.5999 (fax)
peter.grossi@aporter.com

*Attorneys for Plaintiff Doris Garcia*


  /s/ Karin H. Johnson

Karin H. Johnson (D.C. Bar No. 984280)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave NW, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-2309
Facsimile: (202) 747-3857
kjohnson@sheppardmullin.com

  /s/ Abigail Nitka
Abigail Nitka
(Admitted *pro hac vice*)
MESSNER REEVES LLP
733 Third Avenue, 15th Floor
New York NY 10017
Telephone: (646) 663-1874
anitka@messner.com

*Attorneys for Defendant Chipotle*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2016, I caused a true and correct copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

Abigail Nitka
733 3rd Avenue, 15th Floor
New York, NY  10017
Telephone: (646) 663-1860
Fax: (646) 663-1895
ddenenberg@messner.com

Karin Hunter Johnson
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C.  20005-3314
Telephone: (202) 218-0008
Fax: (202) 218-0020
kjohnson@sheppardmullin.com

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

/s/ Dennis A. Corkery
Dennis A. Corkery