UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 4 - 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DORIS NOHEMI GARCIA HERNANDEZ,

Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.

Defendant.

Civil Action No. 14-297
Chief Judge Beryl A. Howell

## VERDICT FORM

We, the Jury, unanimously find the following:

1. Did the Plaintiff establish, by a preponderance of the evidence, that the Defendant terminated the plaintiff because of her pregnancy?

    ____✓____ YES         _____ NO

    *If you answered "NO" to question 1, skip the rest of the questions. Your work is done. Please sign and date the Verdict Form.*
    *If you answered "YES" to question 1, answer question 2.*

2. What amount of compensatory damages, if any, do you award?

    AMOUNT: $ 50,000

3. Did the Plaintiff establish, by a preponderance of the evidence, that she is entitled to punitive damages under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act?

    ____✓____ YES         _____ NO

    *If you answered "NO" to question 3, skip question 4, and go on to question 5.*
    *If you answered "YES" to question 3, answer question 4.*

4. What amount of punitive damages do you award under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act?

    AMOUNT: $ 500,000

1

5. Did the Plaintiff establish, with clear and convincing evidence, that she is entitled to punitive damages under the District of Columbia Human Rights Act?

    _____ YES     ____✓____ NO

*If you answered "NO" to question 5, skip question 6. Your work is done. Please sign and date the Verdict Form.*
*If you answered "YES" to question 5, answer question 6.*

6. What amount of punitive damages do you award under the District of Columbia Human Rights Act?

    AMOUNT: $_____

DATED: August __4__, 2016

                                    _____
                                    Signature of Foreperson

2