Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

DORIS NOHEMI GARCIA HERNANDEZ

Plaintiff(s)

V.

CHIPOTLE MEXICAN GRILL, INC.

Civil Action No. 14-297 (BAH)

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable BERYL A. HOWELL, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

DORIS NOHEMI GARCIA HERNANDEZ

have and recover of and from the defendant(s):

CHIPOTLE MEXICAN GRILL, INC.

the sum of 550,000.00.

together with costs.

ANGELA D. CAESAR, Clerk

Dated: August 4, 2016        By: Teresa Gumiel
                                 Deputy Clerk