**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DORIS NOHEMI GARCIA HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHIPOTLE MEXICAN GRILL, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:14-cv-00297-BAH |

**JOINT PROPOSED BRIEFING SCHEDULE**

As directed by the Court, the Parties respectfully submit the following proposed briefing schedule regarding equitable relief:

| Pleading: | To be Filed on or Before: |
|---|---|
| Plaintiff's Motion for Equitable Relief | September 2, 2016 |
| Defendant's Response | September 23, 2016 |
| Plaintiff's Reply | October 7, 2016 |

**LOCAL RULE 7 (M) CERTIFICATION**

The Parties have conferred regarding this filing and submit it jointly.

Dated: August 5, 2016            Respectfully submitted,

/s/ Sarah E. Warlick
Sarah E. Warlick (D.C. Bar 497126)
Peter T. Grossi (D.C. Bar No. 201517)
Andrew Treaster (D.C. Bar No. 988623)
ARNOLD & PORTER LLP

-1-

601 Massachusetts Avenue, NW
Washington, DC 20001-3743
202.942.5670
202.942.5999 (fax)
peter.grossi@aporter.com

Dennis A. Corkery (D.C. Bar No. 1016991)
Christine Tschiderer (D.C. Bar No. 979762)
Matthew K. Handley (D.C. Bar No. 489946)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
202.319.1000

*Attorneys for Plaintiff Doris Garcia*


 /s/ Abigail Nitka
Abigail Nitka
Jacqueline Guesno
(Admitted *pro hac vice*)
MESSNER REEVES LLP
733 Third Avenue, 15th Floor
New York NY 10017
Telephone: (646) 663-1874
anitka@messner.com

*Attorneys for Defendant Chipotle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, I caused a true and correct copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to all counsel of record.

/s/ Sarah E. Warlick
Sarah E. Warlick