IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS NOHEMI GARCIA HERNANDEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.<br><br>*Defendant*. | Case No.: 1:14-cv-00297-BAH |

**JOINT MOTION FOR EXTENSION OF TIME
ON APPLICATIONS FOR FEES AND COSTS**

The parties jointly and respectfully move for an extension of time for Plaintiff to file applications for fees and costs in this matter, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, to a date 20 days after the Court decides the issue of equitable relief.  The parties are currently discussing a possible resolution of that issue.  If they are not successful, the Court has set a briefing schedule which runs through October.

Deferring the applications for fees and costs will thus permit the parties and/or the Court to resolve that remaining issue and for Plaintiff to then submit a single, comprehensive application for all fees and costs incurred.

**LOCAL RULE 7 (M) CERTIFICATION**

The parties have conferred regarding this motion and are jointly submitting it.

76418866v1

Date: August 11, 2016  Respectfully submitted,

/s/ Christine E. Tschiderer
Christine E. Tschiderer (D.C. Bar No. 979762)
Dennis A. Corkery (D.C. Bar No. 1016991)
Matthew K. Handley (D.C. Bar No. 489946)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN RIGHTS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Fax: (202) 319-1010

Peter T. Grossi (D.C. Bar No. 201517)
Andrew Treaster (D.C. Bar No. 988623)
Sarah E. Warlick (D.C. Bar 497126)
ARNOLD & PORTER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5670
Fax: (202) 942-5999

*Attorneys for Plaintiff*

/s/ Abigail Nitka
Abigail Nitka
Jacqueline Guesno
(Admitted *pro hac vice*)
Messner Reeves LLP
805 3rd Avenue 18th Floor
New York, NY 10022
Telephone: (646) 663-1860
Facsimile: (646) 663-1985
anitka@messner.com

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2016, I caused a true and correct copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to all counsel of record.

/s/ Christine E. Tschiderer
Christine E. Tschiderer