IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DORIS NOHEMI GARCIA HERNANDEZ,

        *Plaintiff*,

v.

CHIPOTLE MEXICAN GRILL, INC.

        *Defendant*.

Case No. 1:14-cv-00297-BAH

**JOINT STIPULATION REGARDING COMPENSATORY DAMAGES, PUNITIVE DAMAGES, AND EQUITABLE RELIEF**

Plaintiff Doris Nohemi Garcia Hernandez and Defendant Chipotle Mexican Grill, Inc, hereby jointly stipulate to and respectfully request that this Court enter a judgment reflecting the following:

1. The Clerk's Judgment entered on August 4, 2016 (Dkt. #124) should be amended to a total amount of $350,000.00.  This amount reflects the jury's $50,000.00 award in compensatory damages under the District of Columbia Human Rights Act and the jury's award of punitive damages under Title VII, capped at $300,000.00 pursuant to 42 U.S.C. § 1981(b)(3)(D).

2. A judgment should be entered that Ms. Garcia shall receive $40,000.00 in back pay. This amount constitutes all of the equitable relief, including prejudgment interest, to which Ms. Garcia shall be entitled.

3. In recognition of the parties' agreement as to the amounts of these judgments, Chipotle hereby withdraws its Motion to Amend the Judgment (Dkt.# 128), and Ms. Garcia will not file a motion for equitable relief.

4. The above monetary amounts do not include attorneys' fees, costs, or any applicable post judgment interest. The agreement of the parties regarding the amounts of these judgments does not preclude Ms. Garcia's anticipated motion for reasonable attorneys' fees and costs, nor does it have any effect on the Chipotle's appeal of the initial judgment (Dkt.# 129).

Dated September 9, 2016                    Respectfully submitted,

  /s/ Dennis A. Corkery
Matthew K. Handley (D.C. Bar No. 489946)
Dennis A. Corkery (D.C. Bar No. 1016991)
Christine Tschiderer (D.C. Bar No. 979762)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN RIGHTS
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036
Telephone:  (202) 319-1000
Fax:  (202) 319-1010
matthew_handley@washlaw.org
dennis_corkery@washlaw.org
christine_tschiderer@washlaw.org

Peter T. Grossi (D.C. Bar No. 201517)
Jose Antonio Rivas (D.C. Bar No. 990539)
Rosemary Szanyi (D.C. Bar No. 997859)
Andrew Treaster (D.C. Bar No. 988623)
ARNOLD & PORTER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001-3743
Telephone:  (202) 942-5670
Fax:  (202) 942-5999
peter.grossi@aporter.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016, I caused a true and correct copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to all counsel of record.

    /s/ Dennis A. Corkery\
    Dennis A. Corkery (DC Bar No. 1016991)