IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS NOHEMI GARCIA HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHIPOTLE MEXICAN GRILL, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:14-cv-00297-BAH <br><br> Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the Defendant Chipotle Mexican Grill, Inc.'s unopposed Motion to Stay the Execution of the June 28, 2017 Judgement, ECF No. 145, it is hereby

ORDERED that payment of the June 28, 2017 Judgment is stayed until August 11, 2017; and it is further

ORDERED that payment of the June 28, 2017 Judgement or posting of a bond shall occur on or before August 11, 2017, and it is further,

ORDERED that the amount of the bond is set at $840,000.00.

SO ORDERED

Date: July 27th, 2017

/s/ Beryl A. Howell

BERYL A. HOWELL
Chief Judge

{02415988 / 2}