No. 17-7115 September Term, 2017

1:14-cv-00297-BAH

Filed On: September 25, 2017 [1694375]

Doris Nohemi Garcia Hernandez,

    Appellee

    v.

Chipotle Mexican Grill, Inc.,

    Appellant

## M A N D A T E

In accordance with the order of September 25, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:   /s/
        Lynda M. Flippin
        Deputy Clerk

Link to the order filed September 25, 2017