IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DORIS NOHEMI GARCIA HERNANDEZ, <br><br> *Plaintiff,* <br><br> *v.* <br><br> CHIPOTLE MEXICAN GRILL, INC. <br><br> *Defendant.* | ) ) ) ) ) ) ) Case No. 1:14-cv-00297-BAH ) ) ) ) ) |

## FINAL JOINT STATUS REPORT AND REQUEST FOR DISMISSAL

Plaintiff Doris Nohemi Garcia Hernandez ("Ms. Garcia") and Defendant Chipotle Mexican Grill, Inc., ("Chipotle") (collectively, "the Parties") respectfully submit this Final Joint Status Report and Request for Dismissal. As reported to the Court in their last Joint Status Report, dated September 15, 2017 (Dkt. No. 150), the Parties have resolved all issues set forth in the Court's Orders dated July 27, 2017 (Dkt. No. 146) and June 28, 2017 (Dkt. No. 143). The Parties now report that all terms of the resolution have been fulfilled and the appeal before the United States Court of Appeal for the District of Columbia Circuit (USCA Case # 17-7115) has been dismissed by Order (USCA Doc. # 1694339) and Mandate (USCA Doc. # 1694375, and entered in this action as Dkt. No. 151). As such, the Parties jointly and respectfully request that this case be dismissed.

Dated September 27, 2017

Respectfully submitted,

/s/ Abigail Nitka
Abigail Nitka
(Admitted *pro hac vice*)
Messner Reeves LLP
805 3rd Avenue, 18th Floor
New York, NY 10022
Telephone: (646) 663-1860

{02504681 / 2}

Facsimile: (646) 663-1985
anitka@messner.com

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

 /s/ Christine T. Dinan
Christine T. Dinan (D.C. Bar No. 979762)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN RIGHTS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Fax: (202) 319-1010
christine_dinan@washlaw.org

Peter T. Grossi (D.C. Bar No. 201517)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5670
Fax: (202) 942-5999
peter.grossi@apks.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2017, I caused a true and correct copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to all counsel of record.

/s/ Abigail Nitka
Abigail Nitka